142

## UNITED STATES
### v.
## ABRAHAM GEEL

1808

JOURNAL ENTRIES

1. Recognizance . . . . . . . . . *Journal, infra,* \*p. 149

PAPERS IN FILE

[None]

## UNITED STATES
### v.
## HUGH R. MARTIN

1808

JOURNAL ENTRIES

1. Recognizance . . . . . . . . . *Journal, infra,* \*p. 149

PAPERS IN FILE

[None]